UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY COX,

                           Plaintiff,

            -against-                                        25-CV-10839 (LTS)

HOLY GRAIL,                                                 ORDER OF DISMISSAL

                           Defendant.

LAURA TAYLOR SWAIN, Chief United States District Judge:

        By order dated January 7, 2026, the Court directed Plaintiff, within thirty days, to submit

a completed request to proceed *in forma pauperis* ("IFP application") and prisoner authorization

or pay the $405.00 in fees required to file a civil action in this court. That order specified that

failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP

application and prisoner authorization or paid the fees. Accordingly, the complaint is dismissed

without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would

not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates

good faith when he seeks review of a nonfrivolous issue).

        The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

  Dated:    February 18, 2026
            New York, New York

                                                    /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                 Chief United States District Judge